Teresa S. Renaker - Cal. Bar No. 187800
Lindsay Nako - Cal. Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
trenaker@lewisfeinberg.com
lnako@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| GEORGE C. ARANGO,<br><br>    Plaintiff,<br><br>vs.<br><br>GROENIGER & COMPANY GROUP LONG TERM DISABILITY BENEFIT PLAN,<br><br>    Defendant. | Case No. C08-05655 (PJH)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER THEREON |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff George C. Arango voluntarily dismisses the above-captioned action without prejudice.

Dated: January 26, 2009

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: /s/ Lindsay Nako
Lindsay Nako
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
(CASE NO. C08-05655)                                                                                                     PAGE 1

**IT IS SO ORDERED.**

DATED: 1/27/09



**PROOF OF SERVICE**

I, Candice Elder, declare:

My business address is 1330 Broadway, Suite 1800, Oakland, California 94612. I am over the age of 18 years and not a party to the above-entitled action.

On January 26, 2009, I served:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE;**

**[PROPOSED] ORDER THEREON**

by placing a true and correct copy thereof in a United States Postal Service Mail Box, sent by Certified Mail, Return Receipt Requested, with postage prepaid, addressed as follows:

Groeniger & Company Group Long Term Disability Benefit Plan

c/o Groeniger & Company, 27750 Industrial Boulevard, Hayward, CA 94545

**Defendant**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2009, at Oakland, California.


Candice Elder